Matthew H. Capron (Bar No. CA 303941)
Capron Law Offices
2220 Otay Lakes Rd Suite 502-92
Chula Vista, CA 91915
Tel: (619) 869-8181
Fax: (619)638-8181
Email: mattcapron@yahoo.com

Attorneys for Plaintiff LUMINENCE, LLC

Andres F. Quintana (SBN 190525)
John M. Houkom (SBN 203240)
QUINTANA LAW GROUP
A Professional Law Corporation
26135 Mureau Road, Suite 203
Calabasas, California 91302
Telephone:  (818) 914-2100
Facsimile:  (818) 914-2101
E-mail: andres@qlglaw.com
         john@qlglaw.com

Attorneys for Defendant HP CRAFT, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUMINENCE, LLC,<br><br>        Plaintiff,<br><br>   vs.<br><br>HP CRAFT, INC. | CASE NO.  16CV2106 BTM DHB<br><br>**JOINT MOTION FOR DISMISSAL OF COMPLAINT PURSUANT TO FED. R. CIV. P. 41(A)(2)**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]** |

Pursuant to Rule 41(a)(2) of the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiff LUMINENCE, LLC, by counsel, and Defendant HP CRAFT, INC., by counsel (collectively "the Parties"), hereby move for the entry of the attached proposed Order of Dismissal, dismissing with prejudice the complaint in the above-captioned action as between the Parties, with the Parties bearing their own fees and costs.

DATED: January 9, 2017         QUINTANA LAW GROUP
                               A Professional Law Corporation


                               By:    /s/ Andres Quintana
                               _____
                               Andres F. Quintana, Esq.
                               Attorneys For Defendant
                               HP CRAFT, INC.

DATED: January 10, 2017        CAPRON LAW OFFICES


                               By:    /s/ Matthew H. Capron
                               _____
                               Matthew H. Capron, Esq.
                               Attorneys For Plaintiff
                               LUMINENCE, LLC

## SIGNATURE ATTESTATION

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

DATED: January 10, 2017            QUINTANA LAW GROUP
                                   A Professional Law Corporation


                                   By:    /s/ Andres Quintana
                                   _____
                                   Andres F. Quintana, Esq.
                                   Attorneys For Defendant
                                   HP CRAFT, INC.

## PROOF OF SERVICE

I hereby certify that on this 10th day of January, 2017, I electronically filed the Parties' JOINT MOTION FOR DISMISSAL OF COMPLAINT PURSUANT TO FED. R. CIV. P. 41(A)(2) using the CM/ECF system, which will automatically send an email notification to participants in the case who are registered CM/ECF users.

DATED: January 10, 2017            QUINTANA LAW GROUP
                                   A Professional Law Corporation


                                   By:    /s/ Andres Quintana
                                   _____
                                   Andres F. Quintana, Esq.
                                   Attorneys For Defendant
                                   HP CRAFT, INC.